**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7483**

CHRISTOPHER L. HARRIS,

                Plaintiff - Appellant,

        v.

ALETA BARIE, Clerk of Court,

                Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:13-cv-22649)

Submitted: March 12, 2015            Decided: March 16, 2015

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher L. Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher L. Harris appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for leave to make a deposit in court pursuant to 28 U.S.C. § 2014 (2012), and denying his motion for reconsideration. Harris sought to pay a criminal fine imposed by the district court in Indiana with a promissory note. We have reviewed the record and find no reversible error. Accordingly, we deny Harris' pending motions and affirm for the reasons stated by the district court. <u>Harris v. Barie</u>, No. 1:13-cv-22649 (S.D.W. Va. Sept. 15, 2014; Oct. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2